IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                               CIVIL ACTION NO. 1:65-cv-00064-GHD

ABERDEEN MUNICIPAL SEPARATE
SCHOOL DISTRICT                                                                        DEFENDANT

## ORDER GRANTING JOINT MOTION FOR UNITARY STATUS

Presently before the Court is the parties' Joint Motion for Unitary Status. Upon due consideration of the motion, supporting brief, and the full record in this case, it is Court's opinion that the motion should be granted and this matter dismissed.

THEREFORE, it is hereby ORDERED that the parties' Joint Motion for Unitary Status [5] is GRANTED, the Defendant Aberdeen Municipal Separate School District is DECLARED fully unitary, this matter is DISMISSED, and this case is CLOSED.

SO ORDERED, this, the 21st day of October, 2019.

_____
SENIOR U.S. DISTRICT JUDGE